# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| SHENIA R. LOCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:14-cv-00166 |
| | ) |
| PORTFOLIO RECOVERY | ) |
| ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Portfolio Recovery Associates, LLC ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Shenia R. Lockett against Defendant.

Defendant, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted this the 23rd day of June, 2014.

*s/ R. Frank Springfield*
R. Frank Springfield (SPR024)
Alan D. Leeth (LEE038)

21002010 v1

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringf@burr.com
aleeth@burr.com

Attorneys for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 23rd day of June, 2014:

Judson E. Crump
250 Congress Street
Mobile, AL  36603
Judson@judsonecrump.com


    */s/ R. Frank Springfield*
    OF COUNSEL