## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SHENIA R. LOCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0166-WS-M |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) |
| | ) |
| Defendant. | ) |

**ORDER**

On June 23, 2014, defendant filed a Notice of Settlement (doc. 7) reflecting that the parties have reached an agreement to settle this case in its entirety, and requesting thirty days to file dismissal papers. In light of this development, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **30 days** after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear her or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 24th day of June, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE